**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

CHRISTY AKINS-CURRY,

                      Plaintiff,            23-CV-11158 (OTW)

        -against-                        **ORDER**

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                    Defendants.

---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court's Order at ECF 30 was entered in error. The Court respectfully directs the Clerk of Court to strike ECF 30.

**SO ORDERED.**

Dated: October 4, 2024                                _s/ Ona T. Wang_
      New York, New York                        **Ona T. Wang**
                                                              United States Magistrate Judge