**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

CHRISTY AKINS-CURRY,

                      Plaintiff,                  23-CV-11158 (OTW)

          -against-                    **ORDER**

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                    Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

In light of the parties' engagement in private mediation, the case is hereby **STAYED** until **March 4, 2025.**

The Court will hold an in-person status conference on **Tuesday, March 4, 2025, at 11:30 a.m., in Courtroom 20D, 500 Pearl Street, New York, NY 10007.** The parties are directed to file by **Tuesday, February 25, 2025,** a joint proposed agenda for the conference apprising the Court on the results of mediation. If the parties resolve the case in mediation before the February 25, 2025, deadline, they may notify the court by letter.

      **SO ORDERED.**

                                                    *s/ Ona T. Wang*

Dated: December 6, 2024                                **Ona T. Wang**
       New York, New York                 United States Magistrate Judge