**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHRISTY AKINS-CURRY,

                    Plaintiff,                    23-CV-11158 (OTW)

        -against-                    **ORDER**

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                    Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 33, in which the parties represent that they have reached a settlement in this case.

It is **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED with prejudice** but without costs; provided, however, that either party may apply by letter within **60 days** of the issuance of this Order to restore this action to the calendar of the undersigned, in which event the action will be restored. All pending deadlines and conferences are hereby **ADJOURNED**.

The Clerk of Court is respectfully directed to close the case and all outstanding motions.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: January 7, 2025                             **Ona T. Wang**
       New York, New York                   United States Magistrate Judge